United States District Court
Southern District of Texas
**ENTERED**
March 23, 2016
David J. Bradley, Clerk

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CORNELIO LUGO-HERNANDEZ,<br>    Plaintiff, | §<br>§<br>§ | |
| v. | §<br>§ | Civil Action No.  B-14-200 |
| UNITED STATES OF AMERICA,<br>ET AL.,<br>    Defendants. | §<br>§<br>§<br>§ | |

## ORDER ADOPTING
## MAGISTRATE JUDGE'S
## REPORT AND RECOMMENATION

Before the Court is the Magistrate Judge's Report and Recommendation in the above-referenced cause of action. The time to file objections has passed. No objections have been filed. After a de novo review of the file, the Magistrate Judge's Report and Recommendation is **ADOPTED**.

It is, therefore, **ORDERED**, **ADJUDGED**, and **DECREED** that Lugo-Hernandez's case is dismissed with prejudice for failure to prosecute, or otherwise state a claim within the jurisdiction of this Court.

Signed on this ___21___ day of ___March___, 2016.

**Hilda Tagle**
**Senior United States District Judge**